THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* ALEXANDER NIKULA, Respondent.

Submitted February 20, 1950; decided February 23, 1950.

*Robert E. Fischer* for motion to dismiss appeal and in opposition to motion for enlargement of time.

*Theodore Levene, Corporation Counsel,* for motion for enlargement of time and in opposition to motion to dismiss appeal.

Motion to dismiss appeal granted and appeal dismissed. Motion for enlargement of time denied.